# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1253. CYNTHIA LAWRENCE TOLBERT et al. v. AMERICAN STANDARD INSURANCE COMPANY OF OHIO AS SUBROGEE OF JAMIE ALVAREZ GARCIA.**

Plaintiff American Standard Insurance of Ohio ("American Standard"), as Subrogee of Jaime Alvarez Garcia, sued Cynthia and Ralston Tolbert for damages. After the trial court entered judgment in plaintiff's favor for a total of $7,722.68, the Tolberts filed a timely notice of appeal.[1] American Standard then filed a motion to dismiss the appeal, arguing that the Tolberts were required to file an application for discretionary review. We agree.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). The Tolberts' failure to

---

[1] The Tolberts directed the appeal to the Supreme Court, which transferred the matter to this Court. See Case No. S25A0561 (Jan. 28, 2025).

comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal. Therefore, American Standard's motion to dismiss the appeal is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,___03/25/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*